IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Ruby J. Berry, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv411 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Michael J. Astrue, Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 18, 2010 a Report and Recommendation (Doc. 7). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 8), defendants filed a response to the objections (Doc. 9) and plaintiff filed a reply to the response (Doc. 10).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

The Court does not find any prejudicial error and concludes that the evidence supports the ALJ"s conclusion that Plaintiff is able to work and is not disabled.

Accordingly, the decision of the Commissioner is **AFFIRMED.** This case is **DISMISSED** from the docket.

IT IS SO ORDERED.

   s/Susan J. Dlott  
Chief Judge Susan J. Dlott  
United States District Court