IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RUBY J. BERRY,     Case No. 1:09-cv-411

Plaintiff,

    Judge Timothy S. Black

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

Defendant.

## ORDER THAT: (1) THE ALJ'S NON-DISABILITY FINDING BE FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE, AND REVERSED; (2) THIS MATTER BE REMANDED TO THE ALJ UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g); AND (3) THIS CASE BE CLOSED

On February 6, 2012, the Sixth Circuit Court of Appeals reversed this Court's judgment (Docs. 11, 12) and instructed the Court to remand this case to the Commissioner for further proceedings consistent with the Sixth Circuit's Opinion. *Berry v. Commissioner of Social Security*, 10-4340. The Mandate in the case has now issued (Doc. 12), returning jurisdiction to this Court.

In obedience to the Mandate, it is hereby **ORDERED** that this case is **REMANDED** to Defendant Commissioner for further proceedings consistent with the Opinion of the Sixth Circuit.

**IT IS SO ORDERED.**

Date: 4/5/12

*Timothy S. Black*
Timothy S. Black
United States District Judge